## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**JUAN P. GUERRERO**                                                                                          **PETITIONER**

**v.**                                                             **CIVIL ACTION NO.  1:07-cv-999-LG-JMR**

**JOSEPH STUART, Sheriff of Pearl River County; and**
**STEVE GARBER, Sheriff of Hancock County**                                    **RESPONDENTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 22nd day of February, 2008.


                                                                        s/ *Louis Guirola, Jr.*
                                                                        LOUIS GUIROLA, JR.
                                                                        UNITED STATES DISTRICT JUDGE